IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office
4:05 P.M.
12-7 20 05
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR297-36 |
| v. ) | |
| ) | |
| MARIO LEVELL CHAPMAN ) | |

### ORDER

Mario Levell Chapman has filed a "Motion Pursuant to Rule of Civil Procedure Rule 60(b) Requesting This Court to Correct the Conviction and Sentence in Light of <u>Clisby v. Jones</u>, 960 F. 2d 925, (11th cir. 1992.)." (Doc. 211.) The Government has filed a Response, and Chapman has replied. For the reasons set forth by the Government in its response, Chapman's motion is **DENIED**.

**SO ORDERED**, this 7th day of December, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)